IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | MC 09-00118 SOM LEK |
|       ) | CR. No. 08-00564 SOM |
| Plaintiff,       ) | |
|       ) | ORDER GRANTING TRUSTTEE |
| vs.       ) | RONALD K. KOTOSHIRODO'S *EX* |
|       ) | *PARTE* MOTION FOR |
| JAMES LULL,       ) | PERMISSION TO FILE AMICUS |
|       ) | BRIEF ON BEHALF OF THE |
| Defendant.       ) | TRUSTEE AND VICARIOUSLY |
|       ) | ON BEHALF OF THE CREDITORS |
|       ) | OF THE JAMES LULL |
|       ) | BANKRUPTCY ESTATE ON THE |
|       ) | ISSUE OF HIDDEN ASSETS AND |
|       ) | LACK OF COOPERATION |

ORDER GRANTING TRUSTTEE RONALD K. KOTOSHIRODO'S
*EX PARTE* MOTION FOR PERMISSION TO FILE AMICUS BRIEF
ON BEHALF OF THE TRUSTEE AND VICARIOUSLY ON BEHALF
OF THE CREDITORS OF THE JAMES LULL BANKRUPTCY ESTATE
ON THE ISSUE OF HIDDEN ASSETS AND LACK OF COOPERATION

Ronald K. Kotoshirodo, Trustee of the James Lull Bankruptcy Estate (the "Estate"), having filed *ex-parte*, a Motion For Permission to File Amicus Brief on Behalf of the Trustee and Vicariously on Behalf of the Creditors of the James Lull Bankruptcy Estate on the Issue of Hidden Assets and Lack of Cooperation, and upon due consideration of the motion and the documents supporting it, the Court finds good cause to grant the motion under the following terms:

IT IS HEREBY ORDERED that TRUSTEE RONALD K. KOTOSHIRODO'S AMICUS BRIEF ON BEHALF OF THE TRUSTEE AND

VICARIOUSLY ON BEHALF OF THE CREDITORS OF THE JAMES LULL

BANKRUPTCY ESTATE ON THE ISSUES OF HIDDEN ASSETS AND LACK

OF COOPERATION shall be permitted to be filed with this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii; April 29, 2009.



        /s/ Susan Oki Mollway
        SUSAN OKI MOLLWAY
        UNITED STATES DISTRICT JUDGE

---

*UNITED STATES OF AMERICA v. JAMES LULL;* MC 09-00118; CR No. 08-00564 SOM; ORDER GRANTING TRUSTTEE RONALD K. KOTOSHIRODO'S *EX PARTE* MOTION FOR PERMISSION TO FILE AMICUS BRIEF ON BEHALF OF THE TRUSTEE AND VICARIOUSLY ON BEHALF OF THE CREDITORS OF THE JAMES LULL BANKRUPTCY ESTATE ON THE ISSUE OF HIDDEN ASSETS AND LACK OF COOPERATION